**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| Ella G. Murray<br><br>    Plaintiff,<br><br>v.<br><br>MED-1 Solutions, LLC,<br><br>    Defendant. | CIVIL ACTION<br><br>1:22-cv-00126-RLY-TAB |

**STATEMENT OF CORPORATE OWNERSHIP**

Comes now Med-1 Solutions, LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states that no corporation directly or indirectly owns 10% or more of any class of its equity interests.

Date: <u>February 04, 2022</u>

Respectfully Submitted,

<u>/s/ *Nicholas Moline*</u>
Nicholas Moline, IN Atty # 29711-49
Attorney for Defendant
Med-1 Solutions, LLC
517 U.S. Highway 31 North
Greenwood, IN  46142
(317) 883-5600
Nicholas.Moline@revonecompanies.com

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>February 04, 2022</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties of record.

<u>/s/ *Nicholas Moline*</u>
Nicholas Moline, IN Atty # 29711-49
Attorney for Defendant
