**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| Ella G. Murray | CIVIL ACTION |
|     Plaintiff, | |
| v. | 1:22-cv-00126-RLY-TAB |
| MED-1 Solutions, LLC, | |
|     Defendant. | |

**NOTICE OF EXTENSION OF TIME**

COMES NOW the Defendant, MED-1 Solutions, LLC, by counsel, and files its Notice of Extension of Time, pursuant to S.D. Ind. L.R. 6-1(b), and in support states:

1. Plaintiff's Complaint was served on January 24, 2022, with an Answer due February 14, 2022.

2. Defendant requires additional time to investigate the allegations contained within Plaintiff's Complaint, to formulate an appropriate response, and file said responsive pleading.

3. Defendant requests an additional 28 days to file its answer, up to and including March 14, 2022.

4. The deadline has not been previously extended.

5. The requested extension does not interfere with the Case Management Plan, scheduled hearings, or other case deadlines.

6. On February 04, 2022, Defense counsel notified Plaintiff's counsel via e-mail that it would be filing this Notice of Extension of Time.

WHEREFORE, Defendant gives Notice of Extension of Time to file its Answer, and requests all other relief just and proper in the premises.

Date: February 04, 2022

Respectfully Submitted,

                                           /s/ *Nicholas Moline*
                                           Nicholas Moline, IN Atty # 29711-49
                                           Attorney for Defendant
                                           Med-1 Solutions, LLC
                                           517 U.S. Highway 31 North
                                           Greenwood, IN  46142
                                           (317) 883-5600
                                           Nicholas.Moline@revonecompanies.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 04, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties of record.

                                           /s/ *Nicholas Moline*
                                           Nicholas Moline, IN Atty # 29711-49
                                           Attorney for Defendant